UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANPOLIS DIVISION

| | |
|---|---|
| JENNELL ESTES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No: 1:19-cv-975 |
| vs | ) |
| | ) |
| CONSULATE HEALTH CARE dba | ) |
| CONSULATE MANAGEMENT | ) |
| COMPANY WELFARE BENEFIT | ) |
| PLAN and METROPOLITAN LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

**COMPLAINT FOR REVIEW OF FINAL DECISION DENYING DISABILITY INSURANCE BENEFITS TO PLAINTIFF**

Comes now the Plaintiff, Jennell Estes, by counsel, Ashley D. Marks, and for her complaint for Damages against Defendants, Consulate Health Care dba Consulate Management Company Welfare Benefit Plan ("the Plan") and Metropolitan Life Insurance Company ("Metropolitan") states as follows:

**I. Parties and Jurisdiction**

1. That Plaintiff is a citizen of the State of Indiana residing in Rush County.

2. That Defendant, the Plan, is a welfare benefit plan for the employees of Consulate Health Care dba Consulate Management Company, a for-profit foreign corporation doing business in the State of Indiana.

3. That Defendant, Metropolitan, is an insurance company doing business in the State of Indiana.

4. Metropolitan issued the disability policy to the Plan that promises to pay disability benefits to employees if they are unable to work due to injury or illness.

5. Metropolitan is a fiduciary of the Plan.

6. Metropolitan processed and denied Plaintiff's disability claim.

7. Metropolitan is both the claims adjudicator and payer of this claim.

8. Metropolitan benefits financially from denying Plaintiff's claim.

9. Metropolitan has a conflict of interest in this claim.

10. That this court has jurisdiction pursuant to the Employee Retirement Income Security Act 29 USCA 1132(e)(1).

## II. Factual Allegations

11. That Plaintiff was an employee of Consulate Health Care dba Consulate Management Company, 800 Concourse Parkway South, Maitland, Florida 32751, where in her capacity as a Medicaid specialist, she was a participant in the Plan.

12. That Plaintiff applied for long-term disability benefits and after a period of payments was denied continuing benefits under the aforementioned insurance policy on or about December 15, 2017.

13. That Plaintiff administratively appealed this denial, as she suffers from numerous medical impairments that qualify her for continuing benefits under the terms of the Plan.

14. That Defendants have wrongfully refused to award Plaintiff continuing disability benefits and wrongfully withheld monies rightfully due Plaintiff as a disabled insured participant under her policy and the Plan.

15. Defendants' decision denying her disability benefits was arbitrary and capricious.

16. That as a result of Defendants' conduct, Plaintiff has been denied benefits rightfully due her under the Plan and has incurred Attorney fees in order to rectify the harm done to her.

WHEREFORE, Plaintiff herein, by counsel, respectfully prays for judgment against the Defendants, with interest, in an amount commensurate with her past due benefits, interest, reinstatement of her benefits, for Attorney fee reimbursement, and for all other just and proper relief in the premises.

Respectfully submitted,

_/s/ Ashley D. Marks_____
Ashley D. Marks
CHARLES D. HANKEY LAW OFFICE, PC
434 E. New York Street
Indianapolis, IN  46202
(317) 634-8565
(317) 634-9818
adm@hankeylaw.com