UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNELL ESTES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:19-cv-00975-JRS-TAB |
| | ) |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Come now the parties, by counsel, and stipulate that this cause of action be dismissed with prejudice. In support hereof, the parties show the Court that all matters previously in dispute between them have been resolved.

WHEREFORE, the parties, by counsel, stipulate that this cause of action be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| */s/ Ashley D. Marks (w/consent)*<br>Ashley D. Marks, #30009-49<br>Melissa A. Davidson, #26068-49<br>CHARLES D. HANKEY LAW OFFICE, PC<br>434 E. New York St.<br>Indianapolis, IN 46202<br>Ph.: (317) 634-8565<br>Fax: (317) 634-9818<br>adm@hankeylaw.com<br>mdavidson@hankeylawoffice.com<br>ATTORNEYS FOR PLAINTIFF | */s/ Tina M. Bengs*<br>Tina M. Bengs, #19571-64<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>56 S. Washington St., Suite 302<br>Valparaiso, IN 46383<br>Ph.: (219) 242-8664<br>Fax: (219) 242-8669<br>tina.bengs@ogletree.com<br>ATTORNEYS FOR DEFENDANT |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *STIPULATION OF DISMISSAL* was filed electronically on January 21, 2020 and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

>Ashley D. Marks
>adm@hankeylaw.com

>Melissa A. Davidson
>mdavidson@hankeylawoffice.com

I further certify that service was made on the following non-registered ECF counsel of record by placing copies of the foregoing *STIPULATION OF DISMISSAL* in envelopes properly addressed to them and with sufficient first-class postage pre-paid:

>NONE

>*s/ Tina M. Bengs*
>Tina M. Bengs